

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00212-CR

_____


RICKY TERRON WASHINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 23096



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Ricky Terron Washington originally pled guilty to the offense of possession with the intent to deliver a controlled substance of more than four grams but less than two hundred grams in May 2009[1] and was sentenced to seven years' incarceration. In November 2009, Washington was granted "shock probation" and was placed on community supervision for a period of ten years. In April 2013, the State filed a motion to revoke community supervision, alleging that Washington had committed a subsequent offense, had failed to complete a drug and alcohol assessment, and had failed to complete a drug-offender education program.[2]

In June 2013, the trial court revoked Washington's community supervision and sentenced him to seven years' incarceration. Washington appeals from the judgment of revocation and has filed a single brief, in which he raises issues common to each of his appeals.[3] He claims the trial court erred in permitting his spouse to testify about confidential communications over his objection, in violation of Rule 504 of the Texas Rules of Evidence. *See* TEX. R. EVID. 504.

We addressed this issue in detail in our opinion of this date on Washington's appeal in cause number 06-13-00211-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010).

[2] The State also alleged that Washington failed to perform 800 hours of community service restitution work and failed to pay community supervision and restitution fees, as well as court costs.

[3] Washington appeals from the revocation of his community supervision in another companion case under our cause number 06-13-00211-CR.

We affirm the judgment of the trial court.


Jack Carter
Justice

Date Submitted:    February 27, 2014
Date Decided:      April 8, 2014

Do Not Publish